**So ORDERED on 6/12/2026:**

**JULIEN XAVIER NEALS**
**United States District Judge**

Kai Wang, Plaintiff
191 Hackensack Plank Road, Unit 2
Weehawken, NJ 07086
(646) 543-9007
nyc20189@gmail.com

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

CASE NO.: 2:25-CV-17294-JXN

CIVIL ACTION

KAI WANG,

*Plaintiff,*

v.

United States Citizenship and Immigration Services (USCIS), Attorney General of the United States Todd Blanche, Director of USCIS Joseph B. Edlow, Secretary of the Department of Homeland Security Markwayne Mullin, United States Attorney for the District of New Jersey Robert Frazer

*Defendants.*

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff Kai Wang, proceeding pro se, hereby voluntarily dismisses this action pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

The relief sought in this action has been obtained. Specifically, U.S. Citizenship and Immigration Services has adjudicated and approved Plaintiff's two I-290B motions to reopen, and adjudicated and approved the associated Form I-765 Application for Employment Authorization and Form I-131 Advance Parole, and Plaintiff no longer seeks further relief from this Court in this matter.

Accordingly, Plaintiff voluntarily dismisses this action without prejudice.

Plaintiff respectfully thanks the Court for its attention to this matter throughout the litigation.

Respectfully submitted,

Dated: June 9th, 2026

/s/ Kai Wang

Kai Wang

Plaintiff, Pro Se